# United States District Court
# District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2006 AUG 28 A 9:13

✗ JOHN LOUIS BUCHET (PRO SE UNDER PROTEST)

vs.

- UNITED STATES DEPARTMENT OF AGRICULTURE ET AL
- DISTRICT COURT FOR SOUTHERN CARROLL COUNTY ET AL
- SANDWICH (TOWN OF) ET AL

1:06-cv-319-SM

## CONSTITUTIONAL ISSUE

## COMPLAINT

## CAUSING A CITIZEN TO STAND FOR JUDGEMENT WITHOUT COUNSEL

1 — ✗ JOHN LOUIS BUCHET, MASONS AGENT
    POSTAL ADDRESS: PO BOX 432 SANDWICH CNTR NAH
    03227
    SEAT; HOMESTEAD FARM, COUNTY OF CARROLL, FOOT OF SANDWICH NOTCH, SLOPE OF DINSMORE MOUNTAIN AND MT ISREAL, NEXT COOK INTERVALE,

(2)

LOOK INTERVALE,

~~PARTIES~~ TWEEN FAR CORNER OF MARY MAGOON'S POND PASTURE AND THE WALLACE MT PASTURE, ABOUT A MILE FROM THE ~~PARTIES~~ END OF THE ELECTRIC POWER LINE —

2 UNITED STATES DEPARTMENT OF AGRICULTURE / FOREST SERVICE c/o MR THOMAS WAGNER, REGIONAL FOREST SUPERVISOR, WHITE MOUNTAIN NATIONAL FOREST, 719 NORTH MAIN STREET, LACONIA, NEW HAMPSHIRE 03246

3 DISTRICT COURT FOR SOUTHERN CARROLL COUNTY, CARROLL COUNTY COURT HOUSE, BOX 2, OSSIPEE NH 03864 (96 WATER VILLAGE ROAD)

4 TOWN OF SANDWICH, OFFICE OF SELECTMEN PO BOX 194, CENTER SANDWICH N.H. 03227 (~~NORTH SANDWICH~~ ✓JLB) (SANDWICH / NORTH SANDWICH ROAD)

5 TOWN OF SANDWICH, SELECTMEN, PO BOX 194 CENTRE SANDWICH N.H. 03227 (SANDWICH / NORTH SANDWICH ROAD)

6 IF IT PLEASES YOUR HONOR "GREETINGS"

(3)

"GREETINGS"

Jurisdiction in this case originates with the estate of one Mary Stuart or Highland Mary, known as Mary Queen of Scots, who being stripped of her titles of Queen of England, Scotland, and France, was made Queen of the Americas in order to facilitate trial requirements of the day (said trials resulting in her passage) Her estate then passed through one of the Georges to come under jurisdiction of the proprietor of Royal Lands granted to Capt John Mason

Under tutilage of said Mason and his Masonic agents certain courts were established in this territory   The court bonified to hear cases in this northern territory is the court for the district of Wolfeborough   It is believed this court was incorperated into the Carroll County court system prior to construction of their new court facility   There for, even though the people of the United State of America did revolt against the wrong monarch, jurisdiction may fall to your court (the United States District Court, District of New Hampshire) as the said Carroll court did

(4)

<u>DID</u>

FORWARD A NUMBER OF CASES DESTINE TO THE PROPRIETORY COURT, TO THE STATE OF NEW HAMPSHIRE'S SUPREME COURT IN CONCORD

7 <u>CLAIM AGAINST THE UNITED STATES DEPARTMENT OF AGRICULTURE/FOREST SERVICE</u>

UNDER POLITICLE PRESSURE THE WHITE MOUNTAIN NATIONAL FOREST DID ENTER INTO A FRAUDULENT CONTRACT TO ACCEPT A GIFT OF OVER 2400 ACRES OF LAND REPRESENTED AS A <u>FAMILY HOMESTEAD</u> BY CITING THE STATUTE OF THE STATE OF NEW HAMPSHIRE PASSED JULY 4, 1851, ENTITLED "AN ACT TO EXEMPT THE <u>HOMESTEAD</u> OF FAMILIES FROM ATTACHMENT AND LEVY OR SALE ON EXECUTION" THE ACCEPTANCE OF THIS PARCEL CAUSED FINANCIAL EMBARRASSMENT WHICH PREVENTED RETENTION OF COUNSEL BY ITS RIGHTFULL OWNER

8 <u>CLAIM AGAINST THE DISTRICT COURT FOR SOUTHERN CARROLL COUNTY</u> THE SAID CARROLL COURT DID SEND AN APPEAL CLEARLY MARKED TO THE WRONG COURT → THE APPEAL WAS SENT TO THE STATE OF NEW HAMPSHIRE'S SUPREME COURT WHERE THE APPELLATE DEFENDER WITHDREW CITING ANDERS V. CALIFORNIA AND THE SUPREME COURT CLERK ON 25TH JULY 2006 CLAIMED TO BE UNKNOWLEDGABLE <u>IN</u>

<u>IN</u> MASONIAN LEGAL MATTERS

9 <u>CLAIM AGAINST THE TOWN OF SANDWICH SELECTMENS OFFICE, TOWN SELECTMEN</u>

THE TOWN OF SANDWICH THROUGH OR BY ITS TOWN PROPRIETORS (NOW KNOWN AS SELECTMEN) AND THE OFFICE OF SELECTMEN DID SEIZE A PARCEL OF LAND AND DID SELL SAID PARCEL OF LAND WITHOUT ANY JUST COMPENSATION TO ITS RIGHTFULL OWNER THERE-BY CAUSING FINANCIAL HARDSHIP

10 <u>CLAIM AGAINST THE TOWN OF SANDWICH SELECTMANS OFFICE, TOWN SELECTMEN</u>

THE TOWN OF SANDWICH THROUGH ITS SELECTMEN AND THROUGH ITS SELECTMANS OFFICE DID DEFRAUD THE TOWN DUMPMAN, THE SAID of JOHN LOUIS BUCHET OF CERTAIN WAGES ENTITLED HIM FOR SERVICE RENDERED, AND, LEFT UNCOLLECTED TO ENABLE COLLECTION FROM THE STATE TREASURY IN SUFFICIENT AMOUNT TO ENABLE THE HIRING OF LEGAL COUNSEL   TO DATE NONE OF THESE 10'S OF THOUSANDS HAVE BEEN REPORTED TO STATE TREASURY DEPARTMENTS DIVISION OF ABANDON PROPERTY (TITLE XLVI LOST PROPERTY; STRAYS CHAPTER 471-C:17 WAGES)

A

(6)

<u>A</u>

In the case of the United States Department of Agriculture/Forest Services; a request is made for the Forest Service to complete its title search and return to the legal and lawful owner the territory wrongfully attained

<u>B</u> In the case of the District Court for Southern Carroll County; either cause said court to declare its entire chain of title to operate or facilitate its closure

<u>C</u> In the case of the Town of Sandwich, Selectmans Office, Town Selectmen

Return the land seized which was sold then reaquired by said town to its rightful owner

<u>D</u> ~~Return the money~~

In the case of the Town of Sandwich Selectmans Office, Town Selectmen

Return monies gained from sale of seized property with interest to rightful owner

<u>E</u> In the case of the Town of Sandwich Selectmans Office, Town Selectmen

Cause said town to come into complyance with state law, posting all <u>uncollected</u>

(7)

<u>UNCOLLECTED</u>

MONIES WITH THE DIVISION OF ABANDON PROPERTY AT THE STATE TREASURY IN CONCORD

I THE SAID ╳ JOHN LOUIS BUCHET, ITINERANT CARPENTER, PRAYS FOR ANY OTHER AND FURTHER RELIEF AS THE COURT DEEMS JUST AND EQUITABLE

28TH AUGUST 2006

╳ JOHN LOUIS BUCHET

╳ JOHN LOUIS BUCHET
POST OFFICE BOX
432
SANDWICH CNTR
NEW HAMPSHIRE
03227
SANDWICH NOTCH RD

TELEPHONE # NON-APPLICABLE

I ATTEST THE FACTS HERE-IN STATED TO BE TRUE TO THE BEST OF MY KNOWLEDGE THIS
28TH DAY OF AUGUST 2006

55

╳ JOHN LOUIS BUCHET

(8)

United States District Court
District of New Hampshire

Cover Sheet

× John Louis Buchet

Vs.

: United States Department of Agriculture/
   Forest Service et al

· District Court for Southern Carroll County et al

: Sandwich (Town of & Selectmen) et al

Contents

    Un-Numbered Summons USDA Forest Service etc
    Un-Numbered Summons Carroll County Court et al
    Un-Numbered Summons Office of Selectmen
        Town of Sandwich et al
    Un-Numbered Summons Selectmen, Town
        of Sandwich et al

    Numbered Complaint
        Pages # (2) through (8)

(1)