UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

John L. Buchet

   v.                                    Case No. 06-mc-61-SM

All Defendants

**O R D E R**

Plaintiff's proposed complaint is before me for preliminary review to determine whether leave to file it should be granted. See Order, dated November 21, 2006, in Civil No. 06-cv-319-SM.

Although it is exceedingly difficult to decipher, the proposed complaint seems to involve the same general subject matter addressed in the previously dismissed complaint filed by plaintiff in Civil No. 06-cv-319-SM, that is, claimed property interests in land in North Sandwich, masonian law, illegitimacy of the state government, and a general challenge to state legal processes. Because the proposed complaint is facially without merit, it fails to state a cause of action upon which relief might be granted, rests upon assertions of fact that appear to be delusional and frivolous, does not describe any cognizable legal theory, and provides no hint that an amendment would be anything but futile, and to protect plaintiff from incurring a substantial filing fee only to have his complaint promptly dismissed, as well

as to protect the proposed defendant(s) from the burden of responding to frivolous and harassing litigation, plaintiff is <u>denied</u> leave to file the complaint.

    **SO ORDERED.**

                                              _____
                                              Steven J. McAuliffe
                                              Chief Judge

July 20, 2009

cc:   John L. Buchet, <u>pro se</u>